Christopher B. Reich, Esq., Nev. Bar No. 10198
Randy A. Drake, Esq., Nev. Bar No. 5287
Sara K. Almo, Esq., Nev. Bar No. 11899
WASHOE COUNTY SCHOOL DISTRICT
P.O. Box 30425
Reno, NV 89520-3425
Telephone:  775-348-0300
Fax:  775-333-6010

Attorneys for Defendants: Washoe County
School District, Anna Savala, and
Rhonda Van Deusen

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN CIMINO,<br><br>     Plaintiff,<br><br>vs.<br><br>WASHOE COUNTYSCHOOL DISTRICT, a political subdivision of the State of Nevada; ANNA SAVALA, in her individual and official capacities; RHONDA VAN DUSAN[1], in her individual and official capacity; and DOES 1 through 4, inclusive,<br><br>     Defendants. | CASE NO.: 3:13-cv-00012-LRH-VPC<br><br>**ORDER GRANTING MOTION TO EXEMPT DEFENDANTS SALVALA AND VAN DEUSEN FROM ATTENDANCE AT THE EARLY NEUTRAL EVALUATION SESSION** |

THIS MATTER having come before the Court on a Motion to Exempt Defendants Savala and Van Deusen from Attendance at the Early Neutral Evaluation Session and good cause appearing,

---

[1] The correct spelling is Rhonda Van Deusen.

1

1  IT IS HEREBY ORDERED that Defendants Anna Savala and Rhonda Van
2  Deusen are exempted from attending the June 5, 2013 Early Neutral Evaluation
3  Session.
4
5  DATED: __May 28, 2013.___
6
   _____
7  U.S. Magistrate Judge